No. 74–1103. ESTELLE, CORRECTIONS DIRECTOR *v.* JOHNSON. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE WHITE would grant certiorari. Reported below: 506 F. 2d 347.